## STATE OF CONNECTICUT *v.* JOSEPH MOONEY

The defendant's petition for certification for appeal from the Appellate Court, 61 Conn. App. 713 (AC 20636), is denied.

*Richard E. Condon, Jr.,* deputy assistant public defender, in support of the petition.

*Frederick W. Fawcett,* supervisory assistant state's attorney, in opposition.

Decided April 11, 2001

## STATE OF CONNECTICUT *v.* DUANE CLARK

The defendant's petition for certification for appeal from the Appellate Court, 62 Conn. App. 182 (AC 18365), is granted, limited to the following issues:

"1. Did the Appellate Court properly conclude that the trial court's instruction, limiting the jury's use of the evidence regarding the effect of Leroy Townsend's use of marijuana on his credibility, was proper?"

"2. If the answer to the first question is 'no,' was the error harmless?"

The Supreme Court docket number is SC 16512.

*Michael O. Sheehan,* in support of the petition.

*Rita M. Shair,* assistant state's attorney, in opposition.

Decided April 11, 2001

## STATE OF CONNECTICUT *v.* JOSEPH J. SANKO, JR.

The defendant's petition for certification for appeal from the Appellate Court, 62 Conn. App. 34 (AC 18787), is denied.